# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ __1ST__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: LLOYD SULTAN   JOINT DEBTOR: NINA SULTAN   CASE NO.: 11-12634-JKO
Last Four Digits of SS# 6860   Last Four Digits of SS# 1358

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 323.00  for months __1__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00    TOTAL PAID $1,500.00
               Balance Due    $ 2,000.00    payable $ 250.00 /month (Months _1_ to _8_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date  $_____
Address: _____    Arrears Payment  $_____ /month (Months ___ to ___)
         _____    Regular Payment  $_____ /month (Months ___ to ___)
                                   Regular Payment  $_____ /month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0% | $0 | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due  $_____
                             Payable    $_____ /month (Months___ to ___) Regular Payment $_____
                             Payable    $_____ /month (Months___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 43.64 /month (Months _1_ to _8_) and Pay $ 293.64 /month (Months _9_ to _60_).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
The Debtors are making monthly mortgage payments on the residential homestead property located on 36 Riverside Ln, Palm Coast, FL 32164 directly to secured creditor, Wells Fargo Home Mortgage (8321), outside of this plan. The Debtors are surrendering the residential property located on 7272 Papaya Way, Tamarac FL 33321 directly to secured creditors, Bank Of America (1699), Bank Of America (1601) and Tamarac Lake Colony Assn Inc, outside of this plan. The Debtors are making monthly auto loan payments on a 2007 Nissan 350Z directly to secured creditor, JP Morgan Chase Bank/Chase Manhattan (2008), outside of this plan. The Debtors are making monthly auto loan payments on a 2008 Honda CRV directly to secured creditor, American Honda Finance Corp. (1732), outside of this plan. Debtors shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtors' income or tax refunds increase, Debtors shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims if required.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury

_/s/ Lloyd Sultan_                               _/s/ Nina Sultan_
Debtor                                           Joint Debtor
Date:  3/1/11                                    Date:  3/1/11

LF-31 (rev. 12/01/09)